UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS MARTINEZ-BARRAGAN,<br><br>Defendant. | NO. CR-07-2105-RHW<br><br>**FINDING OF FACTS AND CONCLUSIONS OF LAW** |

On April 22, 2008, a trial on stipulated facts was held in Yakima, Washington. Defendant was present and represented by Kraig Gardner. The Government was represented by Thomas Hanlon.

The parties stipulated to the following facts: (1) On or about May 3, 2007, Defendant was convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of Washington in and for Yakima County; (2) the Herbert Schmidt, model HS 21S, .22 caliber pistol, serial number 612958, affected interstate and foreign commerce, said firearm having been shipped or transported in interstate and foreign commerce; and (3) that on September 18, 2007, Defendant knowingly possessed the above-referenced firearm, and that at the time of the possession Defendant was located in Toppenish, Washington, which is located in the Eastern District of Washington.

At the hearing, the Court heard testimony from Officers Danilo Hawkins and Lyn Holman of the Toppenish Police Department concerning the events leading to Defendant's arrest on September 18, 2007.

The Court finds beyond a reasonable doubt that Defendant knowingly

**FINDING OF FACTS AND CONCLUSIONS OF LAW** * 1

possessed a firearm that had been shipped or transported from one state to another; and that at the time Defendant possessed the firearm, Defendant had been convicted of a crime punishable by imprisonment exceeding one year.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant is found guilty of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), beyond a reasonable doubt.

2. Sentencing is set for **July 22, 2008, at 11:00 a.m.**, in Yakima, Washington.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel and to the United States Probation Office.

**DATED** this 30th day of April, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2007\Barragan\ffcl.ord.wpd

**FINDING OF FACTS AND CONCLUSIONS OF LAW** * 2